**2013–1673. Grenoble v. Duffey.**
In Habeas Corpus. This cause originated in this court on the filing of a complaint for a writ of habeas

corpus.

Upon consideration of petitioner's motion for default judgment, it is ordered by the court that the motion is denied as moot.